KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite120
Fresno, CA  93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798


Attorney for Defendant
HUGO AGUILAR-FARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-cr-00420 LJO-SKO |
| Plaintiff, | **ORDER TO CONTINUE STATUS** |
| v. | **CONFERENCE TO MARCH 3, 2014, at** |
| HUGO AGUILAR-FARIAS, et al., | **1:00 P.M.** |
| Defendants.. | |

Good cause appearing, it is hereby ordered that the status conference in UNITED STATES OF AMERICA v. HUGO AGUILAR-FARIAS et al., 13:00420 LJO-SKO, previously scheduled for February 18, 2014 at 1:00 p.m., be rescheduled to March 3, 2014 at 1:00 p.m., and that time be excluded under the Speedy Trial Act in the interests of justice as set forth in the parties' Stipulation.

IT IS SO ORDERED.

Dated:   **February 10, 2014**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE