1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:     (559) 237-6000
4  Facsimile:     (559) 233-6044

5  Attorney for Defendant, ELIEZAR AGUILAR-MADRIZ

6

7             IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO.  1:13-cr-00420 LJO/SKO
                                )
11         Plaintiff,           )
                                )   STIPULATION AND ORDER
12      v.                      )   TO CONTINUE STATUS CONFERENCE
                                )
13 ELIEZAR AGUILAR-MADRIZ,      )
   et al.,                      )
14                              )
           Defendants.          )
15 _____)

16     The parties hereto, by and through their respective attorneys, stipulate and agree that the

17 status hearing in this matter, currently calendared for September 29, 2014 at 1:00 p.m., be

18 continued to November 3, 2014, at 1:00 p.m. before the Hon. Sheila K. Oberto.

19     The continuance is necessitated to allow additional time for defense counsel to review

20 discovery and meet with his client.

21
       The parties also agree that any delay resulting from this continuance shall be excluded in
22
23 the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

24
   DATED:  September 16, 2014           /s/ Kathleen Servatius
25                                      KATHLEEN SERVATIUS
                                        Assistant United States Attorney
26                                      This was agreed to by Ms. Servatius
                                        via telephone on September 16, 2014
27

28
                                        1

DATED: September 16, 2014  /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
ELIEZAR AGUILAR-MADRIZ


DATED: September 16, 2014  /s/ Annette Smurr
ANNETTE SMURR
Attorney for Defendant
LORENA VALENCIA
This was agreed to by Ms. Smurr
via telephone on September 15, 2014


DATED: September 16, 2014  /s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
JUAN CARLOS AGUILAR-FARIAS
This was agreed to by Mr. Forkner
via telephone on September 15, 2014


DATED: September 16, 2014  /s/ Katherine Hart
KATHERINE HART
Attorney for Defendant
HUGO AGUILAR-FARIAS
This was agreed to by Ms. Hart
via telephone on September 16, 2014

**ORDER**

The parties' stipulated request for a continuance of the status conference date to November 3, 2014, is GRANTED.

The Court notes that the defendants were indicted on December 5, 2013, and a superseding indictment was filed on February 28, 2014, adding defendant Lorena Valencia. The Court further notes that there have been three status conferences in this case and this matter has also been continued by stipulation. Accordingly, if the parties are unable to reach an agreement that resolves this matter prior to the next status conference date of November 3, 2014, they shall be prepared to select a mutually acceptable trial date at the status conference on November 3,

///

///

2014.  The delay resulting from the continuance shall be excluded in the interests of justice for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:    **September 25, 2014**                           **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

3