1  KATHERINE HART #76715
   Attorney at Law
2  1600 Fulton Street, Suite120
   Fresno, CA  93721
3  Telephone: (559) 256-9800
4  Facsimile:  (559) 256-9798

5
   Attorney for Defendant
6  HUGO AGUILAR-FARIAS

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 13-cr-00420 LJO-SKO |
| 12 | Plaintiff, | **ORDER TO CONTINUE TRIAL TO** |
| 13 | v. | **AUGUST 11, 2015 AT** |
| 14 | HUGO AGUILAR-FARIAS, et al., | **9:00 A.M.** |
| 15 | Defendants.. | |

16

17

18       Good cause appearing, it is hereby ordered that the jury trial in UNITED STATES OF

19  AMERICA v. HUGO AGUILAR-FARIAS et al., 13:00420 LJO-SKO, previously scheduled for

20  trial on April 28, 201, be rescheduled to August 11, 2015,  and that time be excluded under the

21  Speedy Trial Act in the interests of justice.  A revised pretrial order shall issue.

22

23  IT IS SO ORDERED.

24       Dated:   **April 13, 2015**              **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE
25

26

27

28