**ROBERT L. FORKNER (CSB# 166097)**
Law Offices of ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Telephone:      (209) 544-0200
Fax:            (209) 544-1860

**Attorney for Defendant,**
**JUAN CARLOS AGUILAR-FARIAS**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>JUAN CARLOS AGUILAR-FARIAS,<br><br>             Defendant | Case No.: 1:13-CR-00420-03-LJO-SKO<br><br>ORDER AND REQUEST FOR CONTINUANCE OF SENTENCING AND EXTENSION OF TIME IN WHICH TO FILE OBJECTIONS TO DEFENDANT'S PRESENTENCING REPORT |

**IT IS SO ORDERED that the deadline for Defendant JUAN CARLOS AGUILAR-FARIAS' objections to the presentencing report in this case is hereby extended until November 16, 2015 and the sentencing date is continued to Monday, December 7, 2015 at 10:00 am.**

IT IS SO ORDERED.

Dated: **October 15, 2015**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE