# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　v.<br><br>JUAN AGUILAR-FARIAS,<br><br>　　　　　Defendant-Petitioner. | CASE NO. 1:13-CR-00420-LJO-SKO-3<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>(ECF NO. 113) |

On August 31, 2016, Petitioner Juan Aguilar-Farias filed a request that this Court appoint counsel to represent him in a motion to reduce his sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("§ 3582") and Amendment 782. ECF No. 113. Pursuant to Eastern District of California General Order 546, the Court now refers Petitioner's case to the Federal Defender's Office ("FDO"). From the filing date of this order, the FDO **SHALL** have **30 days** to file notice that it intends to proceed with representing Petitioner in a § 3582 motion, or, whether it seeks to withdraw as Petitioner's counsel in this matter.

IT IS SO ORDERED.

　Dated:　**September 22, 2016**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE